

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2017

No. 04-16-00199-CR

The **STATE** of Texas,
Appellant

v.

Natalie Marie **MEDINA**,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 478603
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa. Justice
Irene Rios, Justice

On August 8, 2017, this court issued its first opinion in this appeal. Thereafter, appellee timely filed a motion for en banc reconsideration. We withdrew our opinion and judgment of August 8, 2017, and issued a new opinion and judgment on October 18, 2017. Therefore, we denied as moot appellee's motion for en banc reconsideration. Appellee then filed a second motion for en banc reconsideration on November 2, 2017. After review, we **DENY** the motion for en banc reconsideration filed by appellee on November 2, 2017. *See Thomas v. State*, 470 S.W.3d 577, 581 (Tex. App.—Houston [1st Dist.] 2015), *aff'd*, 505 S.W.3d 916 (Tex. Crim. App. 2016).

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2017.



KEITH E. HOTTLE,
Clerk of Court